OPINION — AG — ** PRIVATE CLUBS — CLOSING TIME ** PRIVATE CLUBS, SUCH AS DEFINED IN 37 O.S. 8.1 [37-8.1], MAY 'NOT' LEGALLY REMAIN OPEN BETWEEN THE HOURS OF 2:00 (0200) AND 6:00 (0600) DAILY. (ALCOHOLIC BEVERAGES, CONTROL ACT, PRIVATE CLUBS, OPERATING HOURS, SUBTERFUGES, PUBLIC CONSUMPTION, ' RECREATIONAL CLUBS, RECREATIONAL ORGANIZATIONS) CITE: 37 O.S. 8.1 [37-8.1] (MICHAEL SCOTT FERN)==
SEE OPINION NO. 88-609 (1988) ==